AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Gasper Guerra-Basurto,<br>a/k/a Gilberto Arellano-Lopez<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)      1:19-mj-211<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 28, 2019 to present___ in the county of ___Oceana___ in the

___Western___ District of ___Michigan___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 :1326(a); (b)(2) | Aggeavated Alien Reentry |

This criminal complaint is based on these facts:

See attached continuation of criminal complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Lentz, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___6/18/19___

_____
*Judge's signature*

City and state: ___Grand Rapids, Michigan___          Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*